# Affidavit of Process Server

| Martin | vs | West Asset Mgmt, Inc. | 1:09-cv-8067 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

Being duly sworn, on my oath, I, **AARON W. Houghney**, declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **West Asset Management, inc**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ Summons + Complaint

by serving (NAME) **Jennifer Hertelendi, Prentice Hall Reg Agent**
at ☐ Home _____
☒ Business **33 N LaSalle St Chicago IL 60604 Ste 2320**
☒ on (DATE) **1-5-10** at (TIME) **4:01 PM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely **Jennifer Hertelendi**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address  ☐ Evading  ☐ Other: _____
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding  ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) ___ DATE TIME, ( ) ___ DATE TIME, ( ) ___ DATE TIME, ( ) ___ DATE TIME, ( ) ___ DATE TIME

**Description:**
☐ Male  ☒ White Skin  ☐ Black Hair  ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
☒ Female  ☐ Black Skin  ☒ Brown Hair  ☐ Balding  ☒ 21-35 Yrs.  ☐ 5'0"-5'3"  ☐ 100-130 Lbs.
☐ Yellow Skin  ☐ Blond Hair  ☐ 36-50 Yrs.  ☒ 5'4"-5'8"  ☒ 131-160 Lbs.
☐ Brown Skin  ☐ Gray Hair  ☐ Mustache  ☐ 51-65 Yrs.  ☐ 5'9"-6'0"  ☐ 161-200 Lbs.
☐ Glasses  ☐ Red Skin  ☐ Red Hair  ☐ Beard  ☐ Over 65 Yrs.  ☐ Over 6'  ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois  County of Cook

Subscribed and sworn to before me, a notary public, this **5** day of **January**, 20**10**

SERVED BY
LASALLE PROCESS SERVERS

NOTARY PUBLIC

**OFFICIAL SEAL**
**ANDREW RAPHAEL**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

# *LaSalle Process Servers L.P.* # Invoice

**29 S. LaSalle St. Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

| DATE | INVOICE # |
|---|---|
| 1/6/2010 | 39576 |

**PAID**

BILL TO
Burke Law Offices, LLC
155 N. Michigan Ave.
Suite 732
Chicago, IL 60601
Attn:Alexander H. Burke

CASE INFO
Martin
vs.
West Asset Management
1:09CV8067

| DESCRIPTION | AMOUNT |
|---|---|
| Payment on Account | -60.00 |
| Services Rendered | 60.00 |
| Summons and Complaint | |
| West Asset Management | |
| Call at address given in Chicago on January 5. | |

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

It's been a pleasure working with you!

**Total** $0.00