## UNITED STATES  DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that Sheila M. Finnegan has been appointed as a United State Magistrate Judge for the Northern District of Illinois, *vice* the Honorable Arlander Keys, and

It further appearing that Internal Operating Procedure 17(a) provides for the creation of an initial calendar for a newly-appointed magistrate judge;  therefore

IT IS HEREBY ORDERED That the attached list of civil consent cases and civil referrals be and they are hereby reassigned to form the initial calendar of the Honorable Sheila M. Finnegan.

### ENTER:

### FOR THE EXECUTIVE COMMITTEE

Chief Judge

Dated at Chicago, Illinois this **26th** day of April, 2010.

Civil Consent Cases Reassigned to
Magistrate Judge Finnegan From Magistrate Judge Ashman

| | |
|---|---|
| 1:04-cv-06616 | Zepter v. Prhillipo Dragisic, et al. |
| 1:09-cv-01272 | Chicago Board of Education v. Hartford Steam Boiler Inspection |
| 1:09-cv-3013 | Van Meter v. Astrue |

Civil Consent Cases Reassigned to
Magistrate Judge Finnegan From Magistrate Judge Brown

| | |
|---|---|
| 1:07-cv-07041 | Crawford v. Sheahan, et al. |
| 1:08-cv-03506 | Hildreth v. Cook County, et al. |
| 1:09-cv-01390 | Wright v. City of Chicago |

Civil Consent Cases Reassigned to
Magistrate Judge Finnegan From Magistrate Judge Cole

| | |
|---|---|
| 1:06-cv-00956 | Rogan, et al. v. Tyco International, Inc. |
| 1:09-cv-01032 | James v. AFNI, Inc. |
| 1:09-cv-04425 | Booker v. Cook County |

Civil Consent Cases Reassigned to
Magistrate Judge Finnegan From Magistrate Judge Cox

| | |
|---|---|
| 1:08-cv-04536 | Vega v. McCann, et al. |
| 1:09-cv-04150 | Lowe v. Astrue |
| 1:10-cv-00073 | CDW Corporation v. Real Living, Inc. |

Civil Consent Cases Reassigned to
Magistrate Judge Finnegan From Magistrate Judge Denlow

| | |
|---|---|
| 1:07-cv-04122 | Grain Dealers Mutual Insurance Co. v. St. Paul Travelers Insurance Co. |
| 1:09-cv-00571 | Chicago Regional Council of Carpenters Pension v. S.J. Heinrich Const. |
| 1:09-cv-04350 | Sughayyer v. City of Chicago, et al.. |

Civil Consent Cases Reassigned to
Magistrate Judge Finnegan From Magistrate Judge Keys

| | |
|---|---|
| 1:07-cv-06647 | Stevo v. Frasor, et al. |
| 1:09-cv-02297 | Santoro v. Astrue |
| 1:09-cv-06268 | Baez v. Greater Chicago Finance Company, et al. |

Civil Consent Cases Reassigned to
Magistrate Judge Finnegan From Magistrate Judge Mason

| | |
|---|---|
| 1:09-cv-00049 | Demarco v. Astrue |
| 1:09-cv-03826 | Castle v. Astrue et al. |
| 1:10-cv-00760 | Chicago Regional Council of Carpenters Pension v. Lake Shore Stair Co. |

Civil Consent Cases Reassigned to
Magistrate Judge Finnegan From Magistrate Judge Nolan

| | |
|---|---|
| 1:09-cv-03193 | Bartley v. System Parking, Inc. |
| 1:08-cv-02767 | Menotti v. Metropolitan Life Insurance |
| 1:09-cv-07329 | Bhat v. Accenture Inc., et al. |

Civil Consent Cases Reassigned to
Magistrate Judge Finnegan From Magistrate Judge Schenkier

| | |
|---|---|
| 1:08-cv-06817 | W.D.D. v. Astrue |
| 1:09-cv-02399 | Anderson v. Astrue |
| 1:09-cv-06505 | Wulf v. Astrue |

Civil Consent Cases Reassigned to
Magistrate Judge Finnegan From Magistrate Judge Valdez

| | |
|---|---|
| 1:08-cv-01978 | Eskew v. Astrue |
| 1:09-cv-03793 | Chicago Regional Council Carpenters Pension v. Three in One Const. |
| 1:10-cv-00659 | Ruiz, et al. v. BAC Home Loans Servicing |

Civil Referrals Transferred to
Magistrate Judge Finnegan From Magistrate Judge Ashman

| | | |
|---|---|---|
| 1:07-cv-02539 | White v. City of Chicago | Andersen |
| 1:08-cv-04181 | Steen v. Life Insurance Co. of North America | Andersen |
| 1:08-cv-05778 | Michalski v. Zaruba | Gettleman |
| 1:09-cv-01735 | Ruffin v. Exel Direct Inc. | Andersen |
| 1:09-cv-02893 | Sullivan v. City of Chicago | Conlon |
| 1:09-cv-03349 | Lopez v. City of Chicago | Lefkow |
| 1:09-cv-07247 | Jeffries v. City of Chicago | Andersen |

Civil Referrals Transferred to
Magistrate Judge Finnegan From Magistrate Judge Brown

| | | |
|---|---|---|
| 1:07-cv-04147 | Bilek v. American Home Mortgage Servicing Inc. | St. Eve |
| 1:08-cv-03369 | Hiraldo v. City of Chicago | Dow |
| 1:09-cv-2615 | Stavrou v City of Chicago | Hart |
| 1:08-cv-05517 | PTR, Inc. v. Forsythe Racing, Inc. | Andersen |
| 1:09-cv-00778 | Davis v. Silva | Dow |
| 1:09-cv-02430 | Trustees, Bricklayers & Allied Craftsmen v. KMC Masonry | Marovich |
| 1:09-cv-04957 | Rezza v. Natixis Distributors, L.P. | Pallmeyer |
| 1:09-cv-06566 | Tate v. United Air Lines, Inc. | Andersen |
| 1:09-cv-6600 | Green v. United Airlines Inc. | Andersen |

Civil Referrals Transferred to
Magistrate Judge Finnegan From Magistrate Judge Cole

| | | |
|---|---|---|
| 1:07-cv-01990 | American Safety Casualty Ins..Co. v. City of Waukegan | Kendall |
| 1:08-cv-04214 | Chicago Police Sergeants Association v. City of Chicago | Dow |
| 1:09-cv-01437 | Burns v. Hart | Manning |
| 1:09-cv-03096 | HSBC Mortgage Services, Inc. v. Sky Investments, Inc | St. Eve |
| 1:09-cv-04173 | Ryerson, Inc., v. Federal Insurance Company | Bucklo |
| 1:09-cv-06073 | U.S. EEOC v. Castle Chevrolet of Villa Park | Gottschall |
| 1:09-cv-07790 | Sidney v. Dart | Andersen |

Civil Referrals Transferred to
Magistrate Judge Finnegan From Magistrate Judge Cox

| | | |
|---|---|---|
| 1:06-cv-00815 | Geraty v. Metra | Dow |
| 1:08-cv-00985 | Searcy v. eFunds Corporation | Kocoras |
| 1:08-cv-05414 | Richard Knorr International, Ltd. v. Geostar, Inc. | Coar |
| 1:09-cv-01325 | Foster v. Village of McCook, Illinois | Darrah |
| 1:09-cv-03740 | Schorsch v. Reliance Standard Life Insurance Company | Gettleman |
| 1:09-cv-05954 | Goodman v. Babicz | Gettleman |
| 1:09-cv-07326 | Paramore v. Horwood, Marcus & Berk | Hart |

Civil Referrals Transferred to
Magistrate Judge Finnegan From Magistrate Judge Denlow

| | | |
|---|---|---|
| 1:06-cv-02648 | Davis v. Elite Mortgage Services Inc. | Gettleman |
| 1:07-cv-01858 | Gomez v. Schneider Transport, Inc. | Gettleman |
| 1:08-cv-05067 | Moser v. Gounaris | Manning |
| 1:08-cv-06165 | Greene v. Consumer Advocate Foundation Service | Dow |
| 1:09-cv-08052 | Cheney v. Tek-Collect, Inc. | Andersen |

Civil Referrals Transferred to
Magistrate Judge Finnegan From Magistrate Judge Keys

| | | |
|---|---|---|
| 1:08-cv-01449 | Garner v. Ghosh | Gettleman |
| 1:09-cv-00828 | Laborers' Pension Fund v. Conex Construction, LLC | Gettleman |
| 1:09-cv-03554 | Najjar v. Dahleh | Manning |
| 1:09-cv-04964 | Moser v. Cru Cafe & Wine Bar, Ltd. | Holderman |
| 1:09-cv-05920 | IPC, Inc. v. Liberty Mutual Fire Insurance Company | Hart |
| 1:09-cv-07185 | Meyer v. Autumn Green @ Midway Village | Hart |
| 1:10-cv-01502 | Midwest-CBK, Inc. v. Domistyle, Inc. | Andersen |

Civil Referrals Transferred to
Magistrate Judge Finnegan From Magistrate Judge Mason

| | | |
|---|---|---|
| 1:07-cv-04684 | United States SEC v. Sentinel Management Group, Inc. | Kocoras |
| 1:08-cv-02410 | CFTC v. Sentinel Management Group, Inc. | Kocoras |
| 1:08-cv-03557 | Noffz v. Perillo | Gettleman |
| 1:08-cv-06912 | Makowski v. SmithAmundsen LLC | Darrah |
| 1:09-cv-02024 | Trustmark Insurance Co. v. Montebello Packaging, Inc. | St. Eve |
| 1:09-cv-04321 | Kohut v. Depot | Holderman |
| 1:09-cv-06272 | Bresnahan v. Intuitive Surgical, Inc. and Chip Bowman | Gettleman |
| 1:09-cv-08067 | Martin v. West Asset Management, Inc. | Pallmeyer |

Civil Referrals Transferred to
Magistrate Judge Finnegan From Magistrate Judge Nolan

| | | |
|---|---|---|
| 1:08-cv-01093 | Garvey v. Piper Rudnick LLP Long Term Disability Ins. | Lefkow |
| 1:08-cv-04990 | Maslanka v. Tek-Collect Incorporated | Norgle |
| 1:08-cv-07145 | Tanita Corporation v. Homedics-U.S.A., Inc. | Holderman |
| 1:09-cv-03041 | Cabral-Scopp v. Spanish Broadcasting System | Manning |
| 1:09-cv-05349 | Florists' Transworld Delivery, Inc. v. Cisneros | Pallmeyer |
| 1:09-cv-06469 | Adams v. LVNV Funding LLC | Guzman |
| 1:10-cv-00687 | Jones v. Village of Posen | Pallmeyer |

Civil Referrals Transferred to
Magistrate Judge Finnegan From Magistrate Judge Schenkier

| | | |
|---|---|---|
| 1:07-cv-06492 | Phillips v. Maxime | Darrah |
| 1:08-cv-05300 | Kohlman v. Village of Midlothian | Manning |
| 1:09-cv-01706 | Rosales v. Randstad North America, L.P. | Manning |
| 1:09-cv-03461 | Walker v. Walker | Gettleman |
| 1:09-cv-05935 | Wilson v. Ryan Companies, U.S., Inc. | Bucklo |
| 1:09-cv-07635 | Ohio Farmers Insurance Co.v. A.A. Conte & Son, Inc. | Gottschall |
| 1:10-cv-01343 | Falk Distribution Co., LLC v. Dean Foods Company | Andersen |

Civil Referrals Transferred to
Magistrate Judge Finnegan From Magistrate Judge Valdez

| | | |
|---|---|---|
| 1:07-cv-01086 | Golden Golf Lighting, Inc. v. Greenwich Industries, L.P. | Andersen |
| 1:08-cv-00816 | Smith v. Kankakee County Hospital Dist | Manning |
| 1:08-cv-07387 | Ezell v. Dart | Gettleman |
| 1:09-cv-04194 | Jackson v. Illinois Dept. of Human Services | Manning |
| 1:09-cv-05347 | RK Management Consultants, Inc. v. Sehgal | Guzman |
| 1:09-cv-07583 | Winters v. Cook County Sheriff | Castillo |
| 1:10-cv-00950 | Central States Pension Fund v. St. Joseph Packaging, Inc. | Andersen |