**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICHOLAS MARTIN on behalf of himself and others similarly situated,<br>     Plaintiff,<br><br>     v.<br><br>WEST ASSET MANAGEMENT, INC.,<br>     Defendant. | )<br>)  1:09-cv-8067<br>)<br>)  Judge Pallmeyer<br>)<br>)  Magistrate Judge Mason<br>)<br>)<br>)  JURY DEMANDED |

**Rule 41(a)(1) Stipulation for Dismissal**

The parties to this action hereby stipulate to dismissal of this action with prejudice and without costs, pursuant to Fed.R.Civ.P. 41(a)(1). The claims of the putative class members are dismissed without prejudice.

Respectfully submitted,

/s/Alexander H. Burke
Counsel for Plaintiff

BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

/s/ James K. Schultz (with permission)
Counsel for Defendant

Sessions, Fishman, Nathan & Israel, L.L.C.
55 W. Monroe St., Ste.1120
Chicago, IL 60603
(312) 578.0990
(312) 578.0991
jschultz@sessions-law.biz