# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 8067 | **DATE** | 6/29/2010 |
| **CASE TITLE** | Martin vs. West Asset Management, Inc. | | |

**DOCKET ENTRY**

Pursuant to stipulation, this case is dismissed with prejudice and without costs, pursuant to Fed.R.Civ.P. 41(a)(1). The claims of the putative class members are dismissed without prejudice. Status hearing set for 7/2/10 is stricken. Civil Case Terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LCW |
|---|---|---|